## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LEVTEC, LLC, | : | Case No. 3:14-cv-00276 |
| | : | |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | |
| v. | : | |
| | : | |
| MICHELLE BARKAN, et al., | : | |
| | : | |
| Defendants. | : | |

---

### ENTRY AND ORDER GRANTING MOTION OF PLAINTIFF LEVTEC, LLC FOR LEAVE TO FILE UNDER SEAL A SUPPLEMENTAL MEMORANDUM WITH PARTIAL DEPOSITION EXHIBIT (DOC. 65)

---

This case is before the Court on the Motion of Plaintiff Levtec, LLC ("Levtec") for Leave to File under Seal a Supplemental Memorandum with Partial Deposition Exhibit (Doc. 65). Levtec previously filed a Supplemental Memorandum in opposition to Defendants' pending motions for summary judgment. The Supplemental Memorandum attached six exhibits, five of which the Court had granted Levtec leave to file under seal. The sixth exhibit was a partial deposition transcript. The Court struck the Supplemental Memorandum and partial deposition transcript because Levtec failed to seek leave to file them. To remedy that failure, Levtec now moves for leave to file under seal its Supplemental Memorandum and partial deposition transcript "to enable a full consideration of the issues and evidence presented on summary judgment." (Doc. 65 at 2.) Defendant Turn, Inc. objects to Levtec's motion, but, if leave is granted, asks for permission to file a memorandum in response.

In the interest of deciding the motions for summary judgment on their merits, the Court **GRANTS** Levtec's Motion for Leave to File under Seal a Supplemental Memorandum with Partial Deposition Exhibit (Doc. 65).  Levtec may file its Supplemental Memorandum and partial deposition exhibit under seal by no later than June 21, 2016.  Defendants may file a response, no more than 5 pages in length, to Levtec's Supplemental Memorandum by no later than June 24, 2016.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, June 20, 2016.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE